# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CG TECHNOLOGY DEVELOPMENT, LLC, *et al.*, | Case No.: 2:16-CV-00859-RCJ-VCF |
| Plaintiffs, | |
| vs. | ORDER |
| ZYNGA, INC., | |
| Defendant. | |

Having considered the parties' briefs on Defendant Zynga Inc.'s Motion to Dismiss (ECF No. 21), the Court concludes that additional briefing is necessary.

IT IS HEREBY ORDERED that the parties submit additional briefs on the issue of whether Plaintiffs' claims based on U.S. Patent No. 6,966,832 should be dismissed in light of *Alice Corp. Pty. v. CLS Bank Int'l*, 134 S. Ct. 2347 (2014), and the Court's August 29, 2016 order in *CG Technology Development LLC, et al. v. Big Fish Games, Inc.*, No. 2:16-cv-00857-RCJ-VCF (D. Nev. Aug. 29, 2016).

IT IS FURTHER ORDERED that Defendant shall file an additional brief not exceeding 10 pages on or before September 12, 2016. Plaintiffs shall file a response not exceeding 10 pages on or before September 23, 2016.

IT IS SO ORDERED this 30th day of August, 2016.

ROBERT C. JONES
District Judge